THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMERGING ACQUISITIONS, LLC, an Oregon company d/b/a BULK HANDLING SYSTEMS,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>KEN MILLS ENGINEERING LTD., a British company, CP MANUFACTURING, INC., a California corporation, and KRAUSE MANUFACTURING, INC., a Washington corporation,<br><br>Defendants and Counterclaim-Plaintiffs. | Case No.: 3:11-cv-05138<br><br>**STIPULATION OF DISMISSAL** |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice except for the counterclaims which are dismissed without prejudice. This dismissal is without award of costs, disbursements or attorneys' fees to any party.

STIPULATION REGARDING DISMISSAL

3:11-cv-05138

2

**WADDEY & PATTERSON**
Roundabout Plaza
1600 Division Street, Suite 500
Telephone: (615) 242-2400
Facsimile: (615) 242-2221

Dated: August ___, 2011   Respectfully submitted,

**WADDEY & PATTERSON, P.C.**  **STOEL RIVES LLP**

    /s                                                      /s
John F. Triggs (TNBPR 26718; *Pro Hac Vice*)  Steven T. Lovett (Pro Hac Vice)
Edward D. Lanquist, Jr. (TNBPR 13303; *Pro Hac Vice*)  Nathan C. Brunette (Pro Hac Vice)
Ryan D. Levy (TNBPR 24568; *Pro Hac Vice*)  900 SW Fifth Avenue, Suite 2600
Suite 500 Roundabout Plaza  Portland, OR 97204
1600 Division Street  P: (503) 224-3380
Nashville TN 37203  F: (503) 220-2480
P: (615) 242-2400  stlovett@stoel.com
F: (615) 242-2221  ncbrunette@stoel.com
jft@iplawgroup.com
edl@iplawgroup.com
rdl@iplawgroup.com

**PERKINS COIE LLP**

    /s                                                 /s
Ramsey M. Al-Salam, WSBA No. 18822  Brian C. Park, WSBA No. 25584
RAlsalam@perkinscoie.com  600 University Street, Suite 3600
Abha Khanna, WSBA No. 42612  Seattle, WA 98101-3197
AKhanna@perkinscoie.com  P: (206) 386-7542
1201 Third Avenue, 48th Floor  F: (206-386-7500
Seattle, WA 98101  bcpark@stoel.com
T: (206) 359-8000
F: (206) 359-9000  Attorneys for Plaintiff Emerging Acquisitions, LLC d/b/a Bulk Handling Systems

Attorneys for Defendants Ken Mills Engineering Ltd., CP Manufacturing, Inc., and Krause Manufacturing, Inc.

DATED this 22nd day of August 2011.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE